IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03480-LTB

JOSEPH C. IPPOLITO,

    Plaintiff,

v.

JUSTICE SERVICE DIVISION, Court/Pretrial Services Agency,
KURT PIERPONT, Court Services Agency Manager, in his official and individual
    capacities,
LESLIE HOLMES, Court Services Agency Supervisor, in her official and individual
    capacities,
MELINDA ROSE, Court Services Agency/Pretrial Case Manager, in her official and
    individual capacities,
INTERVENTION COMMUNITY CORRECTION SERVICES, (ICCS Facility),
CHRISTOPHER NANDREA, ICCS Out Client SVCS Manager, in his official and
    individual capacities,
ASHLEA NEAL, ICCS Out Client SVCS, Manager, in her official and individual
    capacities,
SHAWANA M. GREEN, ICCS Out Client SVCS Supervisor, in her official and individual
    capacities,
NORCHEM DRUG TESTING LABORATORIES,
A. FISCHINGER, SC. Dir., Ph.D: Norchem Labs, in his official and individual capacities,
    and
JOHN & JANE DOES, et. al X-XL 1-100,

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This action was dismissed on February 4, 2014. Plaintiff has filed a letter with the Court (ECF No. 20) requesting the court-approved forms for filing a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal. The request for forms (Doc. No. 20) is GRANTED.

    The Clerk of the Court is directed to mail to Plaintiff copies of the court-approved forms for filing a Notice of Appeal and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

Dated: February 18, 2014