IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03480-BNB

JOSEPH C. IPPOLITO,

    Plaintiff,

v.

JUSTICE SERVICE DIVISION, Court/Pretrial Services Agency,
KURT PIERPONT, Court Services Agency Manager, in his official and individual
    capacities,
LESLIE HOLMES, Court Services Agency Supervisor, in her official and individual
    capacities,
MELINDA ROSE, Court Services Agency/Pretrial Case Manager, in her official and
    individual capacities,
INTERVENTION COMMUNITY CORRECTION SERVICES, (ICCS Facility),
CHRISTOPHER NANDREA, ICCS Out Client SVCS Manager, in his official and
    individual capacities,
ASHLEA NEAL, ICCS Out Client SVCS, Manager, in her official and individual
    capacities,
SHAWANA M. GREEN, ICCS Out Client SVCS Supervisor, in her official and individual
    capacities,
NORCHEM DRUG TESTING LABORATORIES,
A. FISCHINGER, SC. Dir., Ph.D: Norchem Labs, in his official and individual capacities,
    and
JOHN & JANE DOES, et. al X-XL 1-100,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Mr. Ippolito's Motion for Clarification (ECF No. 42), filed on March 28, 2014, is DENIED for the reasons set forth in the March 6, 2014 Order Denying Motion for Reconsideration.  Specifically, the Court found that Mr. Ippolito failed to demonstrate extraordinary circumstances that would warrant relief pursuant to Fed. R. Civ. P. 60(b).

Dated:  March 31, 2014